IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| YVONNE MATTHEWS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:19-cv-3206 |
| | ) |
| EASTERN STAR MISSIONARY | ) |
| BAPTIST CHURCH, INC. | ) |
| | ) |
| Defendant, | ) |

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e and 42 U.S.C. § 1981 as amended by the Civil Rights Act of 1991; 28 U.S.C. §§ 1331 and 1343 and the Age Discrimination in Employment Act of 1967 29 U.S.C. § 621 to 29 U.S.C. § 634.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice of right to sue on May 16, 2019.

**PARTIES**

3. Plaintiff is a sixty-one African-American female and at all relevant times she resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

5. Plaintiff began working for the Defendant in 2010.

6. Plaintiff performed her job well.

7. In April 2017, Plaintiff received information that the Executive Pastor made unwelcomed sexual advances toward another employee.

8. On or about April 7, 2017, Plaintiff's Supervisor suspended Plaintiff after speaking with the Executive Pastor.

9. Plaintiff was allegedly suspended for not informing her supervisor of the investigation.

10. Plaintiff's Supervisor suspended Plaintiff and suspended the employee who informed Plaintiff of the Executive Pastor's alleged behavior.

11. On April 8, 2017, Plaintiff was brought back to work.

12. On April 13, 2017, Defendant placed Plaintiff on a Performance Development Plan. In the Performance Development Plan, Plaintiff's Supervisor alleged that Plaintiff had engaged in various incidents of poor behavior. However, Plaintiff had not engaged in various incidents of poor behavior

13. On July 14, 2017, Plaintiff was terminated.

14. A similarly situated younger employee engaged in conduct of comparable seriousness, but they have not been terminated.

15. A similarly situated employee who did not engage in protected activity, but who engaged in conduct of comparable seriousness were not terminated.

16. Plaintiff was terminated due to her age.

17. Plaintiff was terminated due to engaging in protected activity.

## COUNT I

18. Plaintiff incorporates by reference paragraphs 1-17.

19. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated 42 U.S.C. § 1981.

## COUNT II

20. Plaintiff incorporates by reference paragraphs 1-17.

21. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT III

22. Plaintiff incorporates by reference paragraphs 1 – 17.

23. Defendant, as a result of terminating Plaintiff due to her age, violated the Age Discrimination in Employment Act of 1967 29 U.S.C. § 621 to 29 U.S.C. § 634.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff her cost in this action and reasonable attorney fees;

E. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

        Respectfully Submitted

        s//Amber K. Boyd
        Amber K. Boyd #31235-49
        Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

        Respectfully Submitted

        s//Amber K. Boyd
        Amber K. Boyd #31235-49
        Attorney for Plaintiff

Amber K. Boyd #31235-49
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416